**Order entered June 29, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00088-CV

**BILLY D. BURLESON, III, ET AL., Appellants**

**V.**

**COLLIN COUNTY COMMUNITY COLLEGE DISRICT, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04944-2014**

### ORDER

Before the Court is appellants' June 25, 2021 unopposed second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **July 28, 2021**. We caution appellants that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE